

**U.S. Department of Justice**

*United States Attorney's Office*
*Eastern District of New York*

---

SR:TDL
USAO File # 2008V00628

271 Cadman Plaza East
Brooklyn, New York  11201

January 19, 2010

**Via Electronic Filing**
Honorable Lois Bloom
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:   *Devon Malcolm v. Metropolitan Detention Center, et al.,*
           Civil Action No. CV-08-1143 (Ross, J.) (Bloom, M.J.)

Dear Magistrate Judge Bloom:

    Pursuant to a request by Chambers, this letter is submitted on behalf of the *pro se* plaintiff, Devon Malcolm, to respectfully request that the telephonic conference scheduled for tomorrow, January 20, 2010, at 11:00 a.m. be adjourned until February 3, 2010, at 11:00 a.m., or a date thereafter that is convenient for the Court. The defendants consent to Mr. Malcolm's request for an adjournment.

    Thank you for Your Honor's time and consideration regarding this matter.

                                           Respectfully submitted,

                                           BENTON J. CAMPBELL
                                           United States Attorney
                                           Eastern District of New York

                   By:   *[signature]*
                          Timothy D. Lynch
                          Assistant U.S. Attorney
                          (718) 254-6288/7000

cc: Devon Malcolm, Plaintiff *Pro Se* (via first class mail)

---

The application is  ✓ granted.  ___ denied.
SO ORDERED.
/Signed by Judge Lois Bloom/
**Lois Bloom, U.S.M.J.**
Dated: 1/20/10
       Brooklyn, New York

*[handwritten:]* The telephone conference is adjourned until February 3, 2010 at 12:00 NOON. Defendants' counsel is requested to arrange and initiate the conference call to the Court at that time.