UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

DEVON MALCOLM,

                Plaintiff,                    **ORDER**
                                                                    **08 CV 1143 (ARR)(LB)**

- against -

UNITED STATES OF AMERICA,

                Defendant.

-------------------------------------------------------X

**BLOOM, United States Magistrate Judge:**

Plaintiff requests a telephonic settlement conference in this case. (Document 56.) Plaintiff's request attaches physician's reports from two medical procedures that he underwent in April 2005 and August 2008 that he believes are relevant to his claim. Defendant shall respond to plaintiff's request for a settlement conference by June 25, 2010.

SO ORDERED.

                                                                       /S/
                                                           LOIS BLOOM
Dated: June 18, 2010                           United States Magistrate Judge
       Brooklyn, New York